4475.  USHER *et al.* v. HARRELSON *et al.*

RUSSELL, J. 1. Where a bill of exceptions is duly and regularly certified according to law, an additional certificate, following the one required by statute, will be ignored and treated as surplusage. *Stillwell* v. *Watkins,* 135 *Ga.* 149 (68 S. E. 1114); *Dyson* v. *Southern Railway Co.,* 113 *Ga.* 327 (3), 328 (38 S. E. 749); *Woolf* v. *State,* 104 *Ga.* 536 (3), 537 (30 S. E. 796).·

2. In the absence of an order, granted in term, continuing the hearing of a motion to set aside a judgment, the court is without jurisdiction to render a judgment in the premises in vacation.    *Judgment reversed.*

DECIDED JULY 22, 1913.

Motion to set aside judgment; from city court of Springfield— Judge Smith. August 6, 1912.

*Joseph A. Cronk, Paul E. Seabrook, Stubbs & Chapman,* for plaintiffs in error.

*H. A. Boykin,* contra.